IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED

2016 MAY 20  PM 12: 34

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

SUSAN ANN SANDS-WEDEWARD, )
)
)      DATE: MAY 19, 2016
            Plaintiff,      )
V.                          )      Case No,:  **16 C 334 D**
)
)      District Judge
SECRETARY OF DEPARTMENT     )
HEALTH, & SERVICES,         )      Magistrate
ATTORNEY GENERAL            )
BRAD SHIMEL,                )
            Defendant,      )

     Case Number 15CV2277 is now being moved into the United States District Court for the Western District of Wisconsin. The Large Claim Civil Action had been in the State Of Wisconsin Dane County Circuit Court, Dismissed on April 28, 2016.

     This case will be settled in a trial at the United States Court of Appeal for the Seventh Circuit Court with counsel! My cause of Action is based on mental health records that were put in the Divorce belonging to a neighbor sister, documents regarding mental health were used against Ms. Susan Ann Sands-Wedeward. Benefits were paid to Ms. Susan Ann Sands-Wedeward now ex-husband from Social Security, OWCP, housing, identity theft. Ms. Susan Ann Sands-Wedeward is entitled to sue all past listed parties in the Court of Appeals based on Fraud, Ms. Sands-Wedeward suffered the injury on the clock while working on October 29, 2006, yet benefits were paid to William Ernest Wedeward during the Divorce and after, to date. Ms. Sands-Wedeward has to be restored, restoration is at one million seven

hundred thousand to be compensated back to the date of October 29, 2006. Ten years of lost wages, divorce, medical, house, land, cabin, postage, paper, ink, RX, moving, storage, possessions, car, attorneys, relators, jewelry, fees, property damages to Ms. Susan Ann Sands-Wedeward and to Ms. Emerald G. Sands.

Compensation will need to be paid to both children daughter Rachel Marie Wedeward, son Weston Howard Wedeward, Grandmother Emerald Geraldine Sands.

The state of Wisconsin was informed of Ms. Sands-Wedeward injury, a broken joint off the left side of T5, broken off for 8.5 years! The rib ring joint causing permanent muscular skeletal injuries to the spinal cord and complete spine, including, vision, gait, with paralysis. The rib grew back on after wearing a belt up under the rib cage for twelve weeks. MRI taken on August 3, 2015 Smart MRI shows just how the rib grew back on, on January 5, 2015.

The evidence and witness statements, medical reports will inform the judge and jury the reason Ms. Pamela Lynn Davenport and Mr. William Ernest Wedeward, Ms. Davenport two sisters, Darcy Stecklein, Chris Price from Minnesota, intended to cause the death of Ms. Sands-Wedeward prior to her injury on the job on October 29, 2006, over a Utility Patent owned as marital property by Mr. and Mrs. William E. Wedeward. The court will review Ms. Pamela Lynn Davenport activities while on the clock at the United States Postal Service, including collecting investment funds from other employees.                                        -2-

Ms. Susan Ann Sands-Wedeward will be paid an income as well as the estimated damages caused by the injury and complications of the injury, lost consortium and use of the Utility Patent. Weston Howard Wedeward will be paid at the highest rate with the Juvenile Diabetes Foundation and Doctors giving their prognosis on Susan only son!

Mental health will be covered for Ms. Susan Ann Sands-Wedeward, Rachel Marie Wedeward, Weston Howard Wedeward, Emerald G. Sands for life, as the result of this long legal battle for the Laws regarding workers compensation not being applied correctly as part of a scheme and plan over the invention of the One Cut Tool Guide!

I look forward to the trial with the use of all of Ms. Susan Ann Sands-Wedeward medical records, banking marital checking account, marital credit cards, list of assets, allotment's of Susan and William, and employment records.

Respectfully Submitted,

Susan Ann Sands-Wedeward, Pro Se
530 Allen St.
Cambridge, Wi 53523
608-575-9982, susanasaw@yahoo.com

-3-