ATTACHED REQUIRED SHORT APPENDIX

Case No:

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Susan Ann Sands-Wedeward

Plaintiff,

V.

Secretary Of Department
Health & Service
Attorney General
Brad Shimel

Defendant,

This is a notice to enter the Federal Court to settle a catastrophic injury claim and receive income for an on the job injury at the United States Postal Service on October 29, 2006 at 1:15 A.M.. Attached is some medical test results and the office notes proving incomplete healing with paralysis to three limbs. A copy of the Supreme Court of the United States against the National Mail Handlers Union over termination and losses as well as benefits and income.

Respectfully submitted,
Pro Se,
Susan Ann Sands-Wedeward
530 Allen St. (basement of mothers house)
Cambridge, Wi 53523
608-575-9982 cell, suasnasaw@yahoo.com