IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUSAN SANDS-WEDEWARD,

                                                 JUDGMENT IN A CIVIL CASE

    Plaintiff,

                                                         16-cv-334-bbc

v.

SECRETARY OF DEPARTMENT OF
HEALTH & SERVICES and ATTORNEY
GENERAL BRAD SCHIMEL,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice on the grounds that it is frivolous and fails to state a claim upon which relief can be granted.

| /s/ | 7/27/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |